JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABATUNDE E., | NO. CV 24-10301-AGR |
| Plaintiff, | JUDGMENT |
| **v.** | |
| FRANK BISIGNANO, Commissioner of Social Security**,** | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED:  December 31, 2025

ALICIA G. ROSENBERG
United States Magistrate Judge